IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS YVONNE PARKS<br>doing business as<br>Parks Pharmacy, Inc., | )<br>)<br>)<br>) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:20cv19-MHT |
| | ) | (WO) |
| PRIME THERAPEUTICS, LLC, | )<br>) | |
| Defendant. | ) | |

**JUDGMENT**

Based on the parties' agreement that this case should be dismissed for lack of subject-matter jurisdiction, with which the court agrees, it is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 9) is granted to the extent that this cause is dismissed in its entirety without prejudice and with the parties to bear their own costs.

All other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 18th day of March, 2020.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE